IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SPARKMAN LEARNING CENTER and
JESSIE CARTER                                                                                              PLAINTIFFS

VS.                                            CASE NO. 06-CV-1111

ARKANSAS DEPARTMENT OF HEALTH
AND HUMAN SERVICES; JOHN SELIG,
Director of the ARKANSAS DEPARTMENT
OF HEALTH AND HUMAN SERVICES; and
TONYA RUSSELL, Director of Child Care and
Early Childhood Education of the ARKANSAS
DEPARTMENT OF HEALTH AND HUMAN SERVICES                            DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Dismiss Complaint. (Doc. 4). Plaintiffs have responded. (Doc. 13). Defendants have replied to Plaintiffs' response. (Doc. 18). The Court finds the matter ripe for consideration. For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendants' Motion to Dismiss Complaint should be and hereby is **DENIED**. However, the Court will abstain pursuant to *Younger* and orders that this case be **STAYED** and administratively terminated pending resolution of the state proceedings.

**IT IS SO ORDERED**, this 22d day of March, 2007.

                                                      /s/ Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge