IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SPARKMAN LEARNING CENTER and
JESSE CARTER                                                                PLAINTIFFS

VS.                                    CASE NO. 1:06-cv-1111

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; JOHN SELIG, Director of the
Arkansas Department of Human Services; and
TONYA RUSSELL, Director of Division of Child Care
and Early Childhood Education of the Arkansas Department
of Human Services                                                           DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time. (ECF No. 56). Plaintiffs' response to Defendants' motion to dismiss (ECF No. 41) is due July 26, 2012. Plaintiffs ask to have until July 30, 2012 to file their response.  Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the Court finds that Plaintiffs' motion (ECF No. 56) should be and hereby is **GRANTED**. Plaintiffs' response is due on or before Monday, July 30, 2012.

**IT IS SO ORDERED**, this 26th day of July, 2012.

                                                            /s/ Susan O. Hickey
                                                          Hon. Susan O. Hickey
                                                          United States District Judge