IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SPARKMAN LEARNING CENTER and
JESSE CARTER                                                                                                PLAINTIFFS

VS.                                       CASE NO. 1:06-CV-1111

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; JOHN SELIG, individually and in his
official capacity as Director of the Arkansas
Department of Human Services; and
TONYA RUSSELL, individually and in her official
capacity as Director of Division of Child Care
and Early Childhood Education of the Arkansas
Department of Human Services                                                                       DEFENDANTS

## ORDER

Plaintiffs Sparkman Learning Center and Jesse Carter filed an Amended Complaint against Defendants Arkansas Department of Human Services, John Selig, and Tonya Russell, alleging violations of 42 U.S.C. § 1983 and the Equal Protection and Due Process clauses of the Fourteenth Amendment.  (ECF No. 64).  This matter is now before the Court on Defendants Arkansas Department of Human Services, John Selig, and Tonya Russell's Motion to Dismiss.  (ECF No. 41). Plaintiffs have filed a response.  (ECF No. 58).  The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendants' Motion to Dismiss (ECF No. 41) should be and hereby is **GRANTED**.  Plaintiffs' Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of February, 2013.

                                                           /s/ Susan O. Hickey
                                                  Hon. Susan O. Hickey
                                                  United States District Judge